# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:12cv334

| | |
|---|---|
| P.B., as lawful guardian ad litem of Minor child, JANE DOE, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BURKE COUNTY PUBLIC SCHOOLS )<br>BOARD OF EDUCATION, et al, )<br>)<br>Defendants. )<br>_____ ) | **ORDER** |

Pending before the Court is the Motion to Seal [# 27]. Plaintiffs move for leave to file under seal all materials that contain identifying information of a family member or acquaintance of Plaintiffs or any minor children. Upon a review of the docket in this case and the party's motion, and for good cause shown, the Court **GRANTS** the motion [# 27]. Plaintiffs may file under seal with access restricted to the attorneys of record in this case any pleadings or documents containing identifying information of family members or acquaintances of Plaintiffs or any minor children.

Signed: March 29, 2013

Dennis L. Howell
United States Magistrate Judge