IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13cv9

| | |
|---|---|
| A.B., as lawful guardian ad litem of Minor child, L.B., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BURKE COUNTY PUBLIC SCHOOLS )<br>BOARD OF EDUCATION, et al, )<br>)<br>Defendants. )<br>_____ ) | **ORDER** |

Previously, the Court granted in part and reserved ruling in part the Motion to Consolidate [# 7]. The Court consolidated this case with 1:12cv334 for purposes of discovery and reserved ruling on the issue of whether the Court should consolidate these cases for purposes of trial for the District Court after the completion of discovery. (Order, Apr. 23, 2013.) Consistent with its prior Order, the Court now **GRANTS** in part and **DENIES without prejudice** the motion [# 7]. Either party may file a renewed motion to consolidate this case for trial within twenty (20) days of the close of discovery. At that time, the District Court can determine whether or not to consolidate the case for trial.

Signed: June 3, 2013

Dennis L. Howell
United States Magistrate Judge