IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12cv334

| | |
|---|---|
| P.B., as lawful guardian ad litem of Minor child, JANE DOE, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | ORDER |
| BURKE COUNTY PUBLIC SCHOOLS BOARD OF EDUCATION, et al, ) ) ) | |
| Defendants. ) ) | |

Pending before the Court is the Motion to Seal [# 43]. Upon a review of the motion, the documents subject to the request to seal, and the relevant legal authority, the Court **GRANTS** the motion [# 43]. Defendants may file under seal with access restricted to the Court and the attorneys of record in this case the documents set forth in Defendants' motion [# 43].

Signed: December 6, 2013

Dennis L. Howell
United States Magistrate Judge