# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | |
|---|---|
| P.B. as Lawful Guardian *Ad Litem* of Minor Child, Jane Doe,<br><br>    Plaintiff,<br><br>vs.<br><br>BURKE COUNTY PUBLIC SCHOOLS BOARD OF EDUCATION, LINDA BRADSHAW, JOHN ROES 1-10, and MICHAEL ANDREW ALEXANDER,<br><br>    Defendants. | CIVIL CASE NO.<br>1:12-cv-00334-MR-DLH |
| A.B. as Lawful Guardian *Ad Litem* of Minor Child, L.B.,<br><br>    Plaintiff,<br><br>vs.<br><br>BURKE COUNTY PUBLIC SCHOOLS BOARD OF EDUCATION, LINDA BRADSHAW, JOHN ROES 1-10, and MICHAEL ANDREW ALEXANDER,<br><br>    Defendants. | CIVIL CASE NO.<br>1:13-cv-00009-MR-DLH |

**THIS MATTER** is before the Court on the Renewed Motion to Consolidate by Burke County Public Schools Board of Education and Linda

Bradshaw [Civil Case No. 1:13-cv-00009-MR-DLH, Doc. 29]. No opposition has been filed to the Defendants' Motion.

Rule 42 of the Federal Rules of Civil Procedure provides that the Court may consolidate two civil actions if they involve "a common question of law or fact." Fed. R. Civ. P. 42(a)(2). The Court finds that these two civil actions involve common questions of law and fact such that consolidation for trial would be appropriate.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Renewed Motion to Consolidate by Burke County Public Schools Board of Education and Linda Bradshaw [Civil Case No. 1:13-cv-00090-MR-DLH, Doc. 29] is **GRANTED**, and Civil Case No. 1:12-cv-00334-MR-DLH and Civil Case No. 1:13-cv-00009-MR-DLH are hereby **CONSOLIDATED** for trial before the undersigned. Civil Case No. 1:12-cv-00334-MR-DLH is designated as the lead case, and Civil Case No. 1:13-cv-00009-MR-DLH shall be closed. Pursuant to Local Civil Rule 5.2.1(D), all future pleadings will be docketed and filed in the designated lead case only.

**IT IS SO ORDERED.**

Signed: January 4, 2014

Martin Reidinger
United States District Judge