# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

|  |  |
|---|---|
| In re: Burke County Public Schools<br>Board of Education Litigation. | Civil Case Nos.<br>1:12-cv-00334-MR-DLH<br>1:13-cv-00204-MR-DLH<br>1:13-cv-00227-MR-DLH<br>1:13-cv-00278-MR-DLH<br>1:13-cv-00279-MR-DLH<br>1:13-cv-00300-MR-DLH |

**THIS MATTER** is before the Court *sua sponte*.

These civil actions are currently pending before the undersigned. All six actions involve claims against the Burke County Public Schools Board of Education for various violations of the Educational Amendments of 1972, 20 U.S.C. § 1981, et seq. (Title IX) and the Fourteenth Amendment to the United States Constitution pursuant to 42 U.S.C. § 1983 arising from Defendant Michael Alexander's alleged sexual abuse of the minor Plaintiffs while they were students in the Burke County school system.

At the February 28, 2014 hearing on the motion for summary judgment filed in Civil Case No. 1:12-cv-00334, the parties expressed their belief that a joint mediation of these civil actions would be beneficial. While these actions are at various stages of litigation, the Court finds that it would

be in the interests of justice and judicial economy for the parties to these actions to engage in a joint mediation.

The Court notes that attorney C. Frank Goldsmith, Jr. has served as a mediator in Civil Case No. 1:12-cv-00334, and has been designated to serve as mediator in Civil Case No. 1:13-cv-00204. At the summary judgment hearing, the parties expressed their willingness to have Mr. Goldsmith serve as the mediator for the joint mediation.

Accordingly, **IT IS, THEREFORE, ORDERED** that the parties in the above-referenced civil actions shall conduct a joint mediation session on or before **April 15, 2014**.

**IT IS FURTHER ORDERED** that attorney C. Frank Goldsmith, Jr. is hereby appointed to serve as the mediator for this joint mediation session. This appointment is without prejudice to the parties in Civil Case Nos. 1:13-cv-00227, 1:13-cv-00278, 1:13-cv-00279, and 1:13-cv-00300 from designating another mediator in the event that the joint mediation is not successful and the parties desire to pursue additional mediation in their individual cases.

Signed: March 4, 2014

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge