P.B., as lawful guardian ad litem
of Minor Child, JANE DOE,

        Plaintiff,

v.

BURKE COUNTY PUBLIC SCHOOLS
BOARD OF EDUCATION, LINDA
BRADSHAW, JOHN ROES 1–10,
and MICHAEL ANDREW ALEXANDER.

        Defendants.

**MOTION FOR APPROVAL OF
MINOR SETTLEMENTS**

**1:12cv334**

_____

A.B., as lawful guardian ad litem
of Minor Child, L.B.,

        Plaintiff,

v.

BURKE COUNTY PUBLIC SCHOOLS
BOARD OF EDUCATION, LINDA
BRADSHAW, JOHN ROES 1–10,
and MICHAEL ANDREW ALEXANDER.

        Defendants.

**Consolidated for
discovery and trial**

**1:13cv9**

_____

       NOW COME Plaintiffs, P.B., as lawful guardian *ad litem* of Minor Child, Jane Doe, and A.B., as lawful guardian *ad litem* of Minor Child, L.B., and move the Court for an order approving the proposed minor settlements reached in this matter.  In support of this Motion, Plaintiffs show unto the Court:

       1.    Settlements have been reached with regard to all claims of each minor child other than those against Defendant Michael Andrew Alexander, as indicated by a supporting settlement disbursement sheet which Plaintiffs seek, in a Motion filed contemporaneous hereto, to file under seal.

2.     Plaintiffs submit that their counsel have provided good and valuable legal services and are entitled to fees as indicated on the supporting settlement disbursement sheet which Plaintiffs seek, in a Motion filed contemporaneous hereto, to file under seal.

3.     Plaintiffs submit that their counsel have advanced reasonable and necessary case expenses for which they are entitled to reimbursement as indicated on the supporting settlement disbursement sheet which Plaintiffs seek, in a Motion filed contemporaneous hereto, to file under seal.

4.     Plaintiffs respectfully submit that the settlements reached are fair and reasonable, and are in the best interests of the minor children.

5.     Pursuant to Local Rule 7.1, the undersigned has conferred with counsel for the represented Defendants and they consent to this Motion.

WHEREFORE, the undersigned respectfully request that the Court issue an Order approving the proposed minor settlements with regard to minor plaintiffs, Jane Doe and L.B.


Respectfully submitted this the 27th day of May, 2014.


**BODE & GRENIER, LLP**                    **TATUM & ATKINSON, PLLC**

By: /s/ Douglas E. Fierberg                By: /s/ Laura Conner
    Douglas E. Fierberg                        Robert M. Tatum
    (Pro Hac Vice)                             N.C. Bar No. 30435
    1150 Connecticut Avenue, N.W.              Laura Conner
    Ninth Floor                                N.C. Bar No. 39595
    Washington, DC 20036                       702 Glenwood Ave
    202-828-4100                               Raleigh, NC 27605
                                               919-741-4020
                                               rtatum@tatumatkinson.com
                                               lconner@tatumatkinson.com


**COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that in conformity with Rule 5 of the Rules of Civil Procedure that a true copy of the foregoing pleading has been served upon all parties entitled or required to be served by mailing a copy of the document in a properly addressed envelope with sufficient postage affixed thereto. Alternatively, and further, pursuant to Fed. R. Civ. P. 5 and Local Civil Rule 5.3 this document has been filed by electronic means in compliance with the rules and service has been effected by electronic means through the Court's transmission facilities as authorized by Rule 5.3 and in conformity of these rules this 27th day of May, 2014.

Mr. Michael A. Alexander
Offender ID: 1328076
NC Central Prison
1300 Western Blvd.
Raleigh, NC 27606

Via ECF:

Andrew J. Santaniello
asantaniello@clawsonandstaubes.com

Ashlee Burgess Poplin
apoplin@clawsonandstaubes.com

K. Dean Shatley, II
dean@csedlaw.com

**TATUM & ATKINSON, PLLC**

By: /s/  Laura Conner
Laura Conner
N.C. Bar No. 39595
TATUM & ATKINSON, PLLC
702 Glenwood Avenue
Raleigh, NC  27605
919-741-4020
lconner@tatumatkinson.com
*Attorney for Plaintiffs*