UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12cv334 and 1:13cv9

| | |
|---|---|
| P.B., as lawful guardian ad litem of Minor Child, JANE DOE,<br><br>    Plaintiff,<br><br>v.<br><br>BURKE COUNTY PUBLIC SCHOOLS BOARD OF EDUCATION, LINDA BRADSHAW, JOHN ROES 1–10, and MICHAEL ANDREW ALEXANDER.<br><br>    Defendants. | **ORDER TO SEAL**<br><br>1:12cv334 |
| A.B., as lawful guardian ad litem of Minor Child, L.B.,<br><br>    Plaintiff,<br><br>v.<br><br>BURKE COUNTY PUBLIC SCHOOLS BOARD OF EDUCATION, LINDA BRADSHAW, JOHN ROES 1–10, and MICHAEL ANDREW ALEXANDER.<br><br>    Defendants. | **Consolidated for discovery and trial**<br><br><br><br>1:13cv9 |

  Upon the Motion of the Plaintiffs, P.B., as lawful guardian *ad litem* of Minor Child, Jane Doe, and A.B., as lawful guardian *ad litem* of Minor Child, L.B., to file documentation supporting Plaintiffs' Motion for Approval of Minor Settlements under seal; on the grounds that the supporting documentation identifies and provides personal information regarding the minors and/or members of their families, and that Plaintiffs have agreed pursuant to the terms of the settlement agreements to keep details of the settlement confidential;

  AND IT APEARING TO THE COURT that good cause has been shown for the granting of this

Motion;

AND IT APPEARING TO THE COURT that Plaintiffs have demonstrated the necessity and propriety of sealing the documents at issue;

IT IS NOW THEREFORE ORDERED that Plaintiffs' Motion to Seal be GRANTED and the documents described herein will be filed under seal.

SO ORDERED, this the _____ day of _____, 2014.

_____
JUDGE PRESIDING