# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | |
|---|---|
| P.B. as Lawful Guardian *Ad Litem* of Minor Child, Jane Doe, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BURKE COUNTY PUBLIC SCHOOLS ) <br> BOARD OF EDUCATION, LINDA ) <br> BRADSHAW, JOHN ROES 1-10, and ) <br> MICHAEL ANDREW ALEXANDER, ) <br> ) <br> Defendants. ) <br> _____) <br> ) <br> A.B. as Lawful Guardian *Ad Litem* ) <br> of Minor Child, L.B., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BURKE COUNTY PUBLIC SCHOOLS ) <br> BOARD OF EDUCATION, LINDA ) <br> BRADSHAW, JOHN ROES 1-10, and ) <br> MICHAEL ANDREW ALEXANDER, ) <br> ) <br> Defendants. ) <br> _____) | CIVIL CASE NO. <br> 1:12-cv-00334-MR-DLH <br><br><br><br><br><br> DISMISSAL ORDER <br><br><br><br><br><br><br><br> CIVIL CASE NO. <br> 1:13-cv-00009-MR-DLH |

**THESE MATTERS** are before the Court on the Defendants' Notice of Disbursement of Settlement Funds. [Doc. 114]. The Defendants' Notice advises the Court that all conditions precedent to the dismissal of all

Defendants, with the exception of Defendant Alexander, as set forth in the Court's settlement Order [Doc. 112] have been satisfied. In light of the Defendants' Notice, the Court hereby enters the following Order.

**IT IS, THEREFORE, ORDERED** that:

(1) These matters are hereby dismissed with prejudice as to all Defendants with the exception of Defendant Michael Andrew Alexander;

(2) No costs are assessed to any party; and

(3) The Court shall schedule a pretrial conference regarding the Plaintiffs' remaining claims against Defendant Alexander and shall notify the parties forthwith.

**IT IS SO ORDERED.**

Signed: January 22, 2015

Martin Reidinger
United States District Judge