# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | | |
|---|---|---|
| **P.B. as Lawful Guardian *Ad Litem*** of Minor Child, Jane Doe,  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>**BURKE COUNTY PUBLIC SCHOOLS BOARD OF EDUCATION, LINDA BRADSHAW, JOHN ROES 1-10, and MICHAEL ANDREW ALEXANDER,**  )<br>)<br>Defendants.  )<br>_____ ) | **CIVIL CASE NO.**<br>**1:12-cv-00334-MR-DLH**<br><br><br><br>**JUDGMENT AS TO DEFENDANT MICHAEL ANDREW ALEXANDER** |
| **A.B. as Lawful Guardian *Ad Litem*** of Minor Child, L.B.,  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>**BURKE COUNTY PUBLIC SCHOOLS BOARD OF EDUCATION, LINDA BRADSHAW, JOHN ROES 1-10, and MICHAEL ANDREW ALEXANDER,**  )<br>)<br>Defendants.  )<br>_____ ) | **CIVIL CASE NO.**<br>**1:13-cv-00009-MR-DLH** |

**THESE MATTERS** are before the Court on the separate Confession of Judgment documents [Docs. 116 and 117] executed by Defendant

Michael Andrew Alexander in favor of each of the minor Plaintiffs.[1] Based upon these filings, the Court finds that the Defendant Michael Andrew Alexander has: (1) authorized the Court to enter judgment against him and in favor of minor Plaintiff Jane Doe in the amount of One Million Dollars ($1,000,000.00) [Doc. 116]; and, (2) authorized the Court to enter judgment against him and in favor of minor Plaintiff L.B. in the amount of One Million Dollars ($1,000,000.00) [Doc. 117].

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that:

(1) Judgment is hereby entered in favor of minor Plaintiff Jane Doe and against the Defendant Michael Andrew Alexander on all claims asserted by said Plaintiff against said Defendant and minor Plaintiff Jane Doe shall have and recover One Million Dollars ($1,000,000.00) from the Defendant Michael Andrew Alexander in the form of damages; and

(2) Judgment is hereby entered in favor of minor Plaintiff L.B. and against the Defendant Michael Andrew Alexander on all claims asserted by said Plaintiff against said Defendant and minor Plaintiff L.B. shall have and recover One Million Dollars ($1,000,000.00) from the Defendant Michael

---

[1] Due to the nature of this proceeding, and because it involves minor Plaintiffs, many of the parties are identified on the public docket through the use of pseudonyms. Previously filed under seal in this matter, and incorporated herein by reference, is a "Sealed Addendum" [Doc. 113] specifically identifying the minor Plaintiffs and their guardians *ad litem* by true name and other identifying information.

Andrew Alexander in the form of damages; and

(3) The parties shall bear their own costs of this action.

**IT IS SO ORDERED.**

Signed: September 12, 2015

Martin Reidinger
United States District Judge