# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | |
|---|---|
| P.B. as Lawful Guardian *Ad Litem* of Minor Child, Jane Doe,<br><br>Plaintiff,<br><br>vs.<br><br>BURKE COUNTY PUBLIC SCHOOLS BOARD OF EDUCATION, LINDA BRADSHAW, JOHN ROES 1-10, and MICHAEL ANDREW ALEXANDER,<br><br>Defendants. | CIVIL CASE NO.<br>1:12-cv-00334-MR-DLH<br><br><br><br><br><br><br><br>O R D E R |
| M.B. as Lawful Guardian *Ad Litem* of Minor Child, L.B.,<br><br>Plaintiff,<br><br>vs.<br><br>BURKE COUNTY PUBLIC SCHOOLS BOARD OF EDUCATION, LINDA BRADSHAW, JOHN ROES 1-10, and MICHAEL ANDREW ALEXANDER,<br><br>Defendants. | CIVIL CASE NO.<br>1:13-cv-00009-MR-DLH |

**THE MATTER** of A.B., who was formerly the Lawful Guardian *Ad Litem* of Minor Child, L.B., case number 1:13-cv-00009-MR-DLH, is before the Court following the Show Cause hearing convened January 21, 2016.

In July, 2015, the Court received of a letter from the Special Guardian *Ad Litem*, Peggy M. Saunders. [Doc. 119-1]. Upon review of Ms. Saunders' letter, the Court ordered that Plaintiff A.B., who was then the Lawful Guardian *Ad Litem* of Minor Child, L.B.; the minor child L.B.; the Special Guardian *Ad Litem*; and counsel of record for these persons appear before the Court on December 18, 2015, to show cause why the terms of the approved settlement in this matter had not been carried out.

Present at the December 18, 2015, hearing, were all of the parties required by the Court to be in attendance with the exception of Plaintiff A.B., as Lawful Guardian *Ad Litem* of Minor Child, L.B. At that time, the Court relieved Plaintiff A.B. from the duties of Lawful Guardian *Ad Litem* of Minor Child L.B. and appointed M.B. to succeed A.B. in that capacity. [Doc. 120]. Further, the Court entered a Show Cause Order directing A.B. to appear before the Court on January 21, 2016, to explain why a civil contempt sanction would not issue for A.B.'s absence from the December 18, 2015, hearing and for A.B.'s failure to discharge the duties attending one appointed as the lawful guardian a*d litem* of a minor child. [Doc. 122].

On January 21, 2016, A.B. appeared before the Court as directed. For the reasons stated on the record by A.B. to the Court during such hearing,

**IT IS HEREBY ORDERED** that the Show Cause Order [Doc.122] is hereby **DISCHARGED**.

**IT IS SO ORDERED.**

Signed: January 27, 2016

Martin Reidinger
United States District Judge