# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION

| | |
|---|---|
| P.B. as Lawful Guardian *Ad Litem* of Minor Child, Jane Doe,<br><br>Plaintiff,<br><br>vs.<br><br>BURKE COUNTY PUBLIC SCHOOLS BOARD OF EDUCATION, LINDA BRADSHAW, JOHN ROES 1-10, and MICHAEL ANDREW ALEXANDER,<br><br>Defendants. | CIVIL CASE NO.<br>1:12-cv-00334-MR-DLH |
| A.B. as Lawful Guardian *Ad Litem* of Minor Child, L.B.,<br><br>Plaintiff,<br><br>vs.<br><br>BURKE COUNTY PUBLIC SCHOOLS BOARD OF EDUCATION, LINDA BRADSHAW, JOHN ROES 1-10, and MICHAEL ANDREW ALEXANDER,<br><br>Defendants. | CIVIL CASE NO.<br>1:13-cv-00009-MR-DLH |

**O R D E R**

**THESE MATTERS** are before the Court on the motion of Special Guardian Ad Litem ("Special GAL") Peggy Saunders for relief from the Order Approving Settlement for the Benefit of Minors [Doc. 127]. Counsel for Defendant Burke County Schools Board of Education and Defendant Linda Bradshaw consents to the motion. [Id.].

Upon review of the Special GAL's motion, the Court concludes that its prior Order Approving Settlement for the Benefit of Minors [Doc. 112] should be amended in order to effectuate the agreement of the parties, this Court's approval of that agreement, and to provide each Plaintiff the remainder of their settlement proceeds via a tax-exempt structured settlement.

Accordingly, **IT IS, THEREFORE, ORDERED** that:

(1) The motion of Special Guardian Ad Litem Peggy Saunders' Rule 60(b)(6) Motion for Relief from Order Approving Settlement for the Benefit of Minors [Doc. 127] is **GRANTED**, and the Order Approving Settlement for the Benefit of Minors [Doc. 112] is hereby **AMENDED** to include by reference the terms of the parties' new structured settlements, as set forth in the Addenda attached as Exhibits 4 and 5 to the Special GAL's Motion for Relief [Docs. 127-4 and 127-5, filed under seal], and such new structured settlements are hereby **APPROVED**.

(2) The remaining settlement sum for the benefit of minor ward Jane Doe[1] shall be paid and disbursed as forth in Sealed Exhibit A attached to this Order.

(3) The remaining settlement sum for the benefit of minor ward L.B.[2] shall be paid and disbursed as set forth in Sealed Exhibit B attached to this Order.

**IT IS SO ORDERED.**

Martin Reidinger
Chief United States District Judge

---

[1] As that person is identified in the Sealed Addendum [Doc. 113] filed contemporaneously with the original Order Approving Settlement for the Benefit of Minors [Doc. 112].

[2] As that person is identified in the Sealed Addendum [Doc. 113] filed contemporaneously with the original Order Approving Settlement for the Benefit of Minors [Doc. 112].